IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GUS JOHNSON, # 108854,** | : |
| Plaintiff, | : |
| vs. | :   **CIVIL ACTION 15-4-WS-C** |
| **A. PACHEO,** *et al.*, | : |
| Defendants. | : |

**JUDGMENT**

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1) as malicious.

**DONE** this 20th day of February, 2015.

                                            s/WILLIAM H. STEELE
                                            CHIEF UNITED STATES DISTRICT JUDGE